IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE:  LEVID & LISA M. VEGA | ) Chapter 07 |
| | ) |
| | ) |
| | ) |
| - Creditor | ) No. 11B31352 |
| Wachovia Mortgage, FSB fka World Savings Bank, FSB / Wells Fargo Bank, N.A. | ) |
| | ) |
| | ) |
| v. | ) Judge |
| | ) Carol A. Doyle |
| LEVID & LISA M. VEGA         - Debtor | ) |
| | ) |

## NOTICE OF MOTION

TO:  SEE ATTACHED ADDRESSES

   PLEASE TAKE NOTICE THAT ON August 11, 2011 at 10:00 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Carol A. Doyle, U.S. Bankruptcy Judge, 219 S. Dearborn Street, Chicago, Illinois, room 742, and shall then and there present the attached Motion and at which time you may appear if you so desire.

## CERTIFICATION

   I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF, Overnight Delivery or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on 8/5/11, with proper postage prepaid.

\*\*THIS DOCUMENT IS AN ATTEMPT
TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE
USED FOR THAT PURPOSE\*\*

PIERCE & ASSOCIATES, P.C.

/s/Lydia Y. Siu
ARDC#6288604

1 North Dearborn
Suite 1300
Chicago, Illinois 60602
312-346-9088

PA11-4400

NOTICE OF MOTION ADDRESSES

To Trustee:
Gregg E. Szilagyi
542 South Dearborn Street
Suite 1060
Chicago, Illinois 60605
**By Electronic Notice through ECF**

To Debtor:
LEVID & LISA M. VEGA
1045 North Lawndale Avenue
Chicago, IL 60651
**By U.S. Mail**

273 E. Lyndale
Northlake, IL 60164
**By Overnight Delivery**

To Attorney:
Peter Francis Geraci
55 East Monroe Street, Suite 3400
Chicago, Illinois 60603
**By Electronic Notice through ECF**

PIERCE & ASSOCIATES, P.C.
Suite 1300
1 North Dearborn
Chicago, Illinois 60602
(312) 346-9088

PA11-4400

| | | |
|---|---|---|
| From: (312) 346-9088<br>Salvador Guiterrez<br>PIERCE & ASSOCIATES<br>1 North Dearborn<br>Suite #1300<br>Chicago, IL 60602 | Origin ID: CHIA  | Ship Date: 05AUG11<br>ActWgt: 0.1 LB<br>CAD: 1040841/INET3180 |

Delivery Address Bar Code



J11201104290225

SHIP TO: (999) 999-9999    BILL SENDER

**LEVID & LISA M. VEGA**

**273 E LYNDALE AVE**

**NORTHLAKE, IL 60164**

Ref #    FRAUSTO 11-4400
Invoice #
PO #
Dept #



TRK#  **7973 8210 2543**
0201

MON - 08 AUG  A1
STANDARD OVERNIGHT
RES
60164
IL-US

# 79 BDFA

ORD



50FG1/EEE7/F5F4

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RE: LEVID & LISA M. VEGA, )
)
Wachovia Mortgage, FSB fka World )
Savings Bank, FSB / Wells Fargo Bank, )
N.A., )
)
      Creditor, )
  vs. ) CASE NO. 11B31352
) JUDGE Carol A. Doyle
LEVID & LISA M. VEGA, )
      Debtor(s), )
)

## MOTION TO MODIFY THE AUTOMATIC STAY

NOW COMES Wachovia Mortgage, FSB fka World Savings Bank, FSB / Wells Fargo Bank, N.A., by and through its attorneys, Pierce & Associates, P.C., and requests that the Automatic Stay heretofore entered on the property located at 1045 North Lawndale Avenue, Chicago, IL, be modified, stating as follows:

1. On July 30, 2011, the above captioned Chapter 7 was filed.

2. Wachovia Mortgage, FSB fka World Savings Bank, FSB / Wells Fargo Bank, N.A. services the first mortgage lien on the property located at 1045 North Lawndale Avenue, Chicago, IL.

3. The debt is based on an November 30, 2007, Mortgage and Note in the original sum of $253,000.00.

4. As of August 5, 2011 the funds necessary to pay off Wachovia Mortgage, FSB fka World Savings Bank, FSB / Wells Fargo Bank, N.A. on the above captioned account were approximately $286,611.86. Additional interest advances and charges may have accrued under the security instrument through the

presentment of this motion. The debtors' schedules list the fair market value of said property at $172,000.00.

5. The account is currently due and owing to Wachovia Mortgage, FSB fka World Savings Bank, FSB / Wells Fargo Bank, N.A. for the January 15, 2010 current mortgage payment and those thereafter, plus reasonable attorneys fees and costs.

6. The debtors' mailing address is different from 1045 North Lawndale Avenue, Chicago, IL.

7. The debtors have no equity in the property located at 1045 North Lawndale Avenue, Chicago, IL, for the benefit of unsecured creditors.

8. Wachovia Mortgage, FSB fka World Savings Bank, FSB / Wells Fargo Bank, N.A. continues to be injured each day it remains bound by the Automatic Stay.

9. Wachovia Mortgage, FSB fka World Savings Bank, FSB / Wells Fargo Bank, N.A. is not adequately protected.

10. The property located at 1045 North Lawndale Avenue, Chicago, IL is not necessary for the debtors' reorganization.

11. The Debtors have scheduled an intention to surrender the property.

12. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT PRAYS that the Automatic Stay be modified and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, plus such other relief as this Court deems just.

Wachovia Mortgage, FSB fka World Savings Bank, FSB / Wells Fargo Bank, N.A.

/s/Lydia Y. Siu
Lydia Y. Siu
ARDC#6288604

Pierce and Associates, P.C.
1 North Dearborn St.
Suite 1300
Chicago, Illinois 60602
(312)346-9088