**REQUIRED STATEMENT TO ACCOMPANY
MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtors LEVID & LISA M. VEGA   Case No. 11B31352    Chapter 7

All Cases: Moving Creditor: Wachovia Mortgage, FSB fka World Savings Bank, FSB / Wells Fargo Bank, N.A. Date Case Filed: July 30, 2011

Nature of Relief Sought: ☒ Lift Stay     ☐ Annul Stay    ☐ Other (describe)

Chapter 7: ☐ No-Asset Report Filed on –
           ☒ No-Asset Report not Filed, Date of Creditors Meeting September 6, 2011

1. Collateral:
   a.   ☒ Home
   b.   ☐ Car _____                        Year, Make and Model_____
   c.   ☐ Other _____

2. Balance Owed as of August 5, 2011: $286,611.86
   Total of all other Liens against Collateral $-

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (*must* be supplied in *all* cases): $172,000.00

5. Default:
   a.  ☒ Contractually
       Number of months: 19 Amount: $38,100.11

   b.  ☐ Post-Petition Default:
       i. ☐ On direct payments to the moving creditor
          Number of months: –Amount: $-
       ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months: – Amount: $-

6. Other Allegations:
   a. ☐ Lack of Adequate Protection §362(d)(1)
      i.    ☐ No Insurance _____
      ii.   ☐ Taxes unpaid _____      Amount $_____
      iii.  ☐ Rapidly depreciating asset  _____
      iv.   ☐ Other (describe) _____

   b. ☒ No equity and not Necessary for an Effective Reorganization §362(d)(2)

   c. ☐ Other "Cause" §362(d)(1):
      i.    ☐ Bad Faith _____
      ii.   ☐ Multiple Filings _____
      iii.  ☒ Other (describe) Material Payment Default

   d. Debtor's Statement of Intention regarding the Collateral
      i.   ☐ Reaffirm      ii. ☐ Redeem
      iii. ☒ Surrender     iv. ☐ No Statement of Intention Filed

Date: August 5, 2011                        By: /s/Lydia Y. Siu
                                            Lydia Y. Siu
                                            ARDC#6288604
                                            Pierce & Associates, P.C.
                                            Counsel for movant