UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: | Chapter 7 Case |
| **Levid Vega and Lisa M. Vega,** | Case No. **11-31352** |
| Debtors. | Honorable Carol A. Doyle |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Wednesday, July 12, 2017** at **10:00 AM** I shall appear before the Honorable Carol A. Doyle, Bankruptcy Judge, in Courtroom 742, Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, Illinois, or before any other Bankruptcy Judge who may be sitting in her place and shall present the U.S. Trustee's **Motion for Order Reopening Chapter 7 Case and Authorizing the Appointment of a Chapter 7 Trustee,** a copy of which is attached and served on you.

*/s/ Adam G. Brief*
Adam G. Brief, Assistant U.S. Trustee
OFFICE OF THE U.S. TRUSTEE
219 South Dearborn, Room 873
Chicago, Illinois 60604
(312) 886-5785

## CERTIFICATE OF SERVICE

I, Adam G. Brief, Assistant U.S. Trustee, state that on June 30, 2017, pursuant to Local Rule 9013-1(D) the **Notice of Motion** and **Motion for Order Reopening Chapter 7 Case and Authorizing the Appointment of a Chapter 7 Trustee,** were filed and served on all parties on the service list below via the manner indicated.

/s/ *Adam G. Brief*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Jonathan D Parker     ndil@geracilaw.com
Lydia Y Siu     lsiu@atty-pierce.com
Gregg Szilagyi     gs@tailserv.com

**Parties Served via First Class Mail:**

Levid Vega
273 E. Lyndale
Northlake, IL 60164

Lisa M. Vega
273 E. Lyndale
Northlake, IL 60164

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: | Chapter 7 Case |
| **Levid Vega and Lisa M. Vega,** | Case No. **11-31352** |
| Debtors. | Honorable Carol A. Doyle |

**MOTION FOR ORDER REOPENING CHAPTER 7 CASE AND
AUTHORIZING THE APPOINTMENT OF A CHAPTER 7 TRUSTEE**

Patrick S. Layng, the United States Trustee for the Northern District of Illinois (the "U.S. Trustee"), by and through the Assistant U.S. Trustee, Adam G. Brief, hereby requests this Court enter an order reopening this case and authorizing the U.S. Trustee to appoint a chapter 7 trustee, pursuant to Section 350(b) of the Bankruptcy Code. In support of his motion, the U.S. Trustee respectfully states as follows:

1. The Court has jurisdiction to hear and determine this proceeding under 28 U.S.C. § 157(b)(2) and IOP 15(a) and Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois.

2. Movant is the U.S. Trustee for the Northern District of Illinois and is charged with supervising the administration of bankruptcy cases under 28 U.S.C. § 586(a). The U.S. Trustee has standing to bring this Motion under 11 U.S.C. § 307.

3. Levid Vega and Lisa M. Vega (the "Debtors") commenced this case by filing a voluntary chapter 7 petition on July 30, 2011 (the "Petition Date").

4. Gregg Szilagyi was appointed and served as the Chapter 7 Trustee (the "Chapter 7 Trustee"). On November 8, 2011, the Chapter 7 Trustee filed a no-asset report. Subsequently, the Court entered an order discharging the Chapter 7 Trustee and closing the bankruptcy case.

5. More recently, the Chapter 7 Trustee was contacted by Debtors' counsel to inform the Chapter 7 Trustee that Ms. Vega had a products liability claim which existed before the Petition Date.

6. The attorney further advised the Chapter 7 Trustee that this Claim was not disclosed in the Debtors' petition.

7. Upon information and belief, the U.S. Trustee believes that any proceeds from the Claim may be property of the estate pursuant to 11 U.S.C. § 541(a).

8. Based on the foregoing, the U.S. Trustee requests that the Court reopen this bankruptcy case and authorize the U.S. Trustee to appoint a chapter 7 trustee to further investigate and determine whether assets are available for creditors and for any other action the chapter 7 trustee deems necessary.

**WHEREFORE**, the U.S. Trustee respectfully asks the Court to enter an order: (1) reopening this case; (2) authorizing the U.S. Trustee to appoint a chapter 7 trustee to represent the estate; and (3) for such other and further relief as this Court deems appropriate.

        RESPECTFULLY SUBMITTED,
        PATRICK S. LAYNG
        UNITED STATES TRUSTEE

Dated: June 30, 2017        */s/ Adam G. Brief*
        Adam G. Brief, Assistant U.S. Trustee
        OFFICE OF THE U.S. TRUSTEE
        219 South Dearborn, Room 873
        Chicago, Illinois  60604
        (312) 886-5785